In the Matter of MARK A. MATTESON, Appellant, v NEW-FANE CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Respondent. [890 NYS2d 887]—

Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.